UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

Civil Case No. 3:18-cv-00332-YY

LAURA SNYDER

    Plaintiff(s),

v.

APPLICATION FOR SPECIAL
ADMISSION – *PRO HAC VICE*

KAISER FOUNDATION HOSPITALS, et al.

    Defendant(s).

Attorney **Bryan T. Pratt** requests special admission *pro hac vice* in the above-captioned case.

**Certification of Attorney Seeking *Pro Hac Vice* Admission:** I have read and understand the requirements of LR 83-3, and certify that the following information is correct:

(1) **PERSONAL DATA:**

Name: **Pratt**, **Bryan**, **T.**
    *(Last Name)*    *(First Name)*    *(MI)*    *(Suffix)*

Firm or Business Affiliation: Shook, Hardy & Bacon L.L.P.

Mailing Address: 2555 Grand Boulevard

City: Kansas City    State: MO    Zip: 64108

Phone Number: (816) 474-6550    Fax Number: (816) 421-5547

Business E-mail Address: bpratt@shb.com

(2) **BAR ADMISSIONS INFORMATION:**

(a) State bar admission(s), date(s) of admission, and bar ID number(s):
State of Missouri, 1999, 48798
State of Kansas, 2000, 19613

(b) Other federal court admission(s), date(s) of admission, and bar ID number(s):
USDC Western District of Missouri, 2001, 48798
USDC Eastern District of Missouri, 2014, 48798MO
USDC Kansas, 2014, 19613

(3) **CERTIFICATION OF DISCIPLINARY ACTIONS:**

(a) ☑ I am not now, nor have I ever been subject to any disciplinary action by any state or federal bar association; or

(b) ☐ I am now or have been subject to disciplinary action from a state or federal bar association. (See attached letter of explanation.)

(4) **CERTIFICATION OF PROFESSIONAL LIABILITY INSURANCE:**

Per LR 83-3(a)(3), I have professional liability insurance, or financial responsibility equivalent to liability insurance, that meets the insurance requirements of the Oregon State Bar for attorneys practicing in this District, and that will apply and remain in force for the duration of the case, including any appeal proceedings.

(5) **REPRESENTATION STATEMENT:**

I am representing the following party(s) in this case:
Defendants Medtronic USA, Inc., Covidien Holding, Inc., and Covidien Sales, LLC

(6) **CM/ECF REGISTRATION:**

Concurrent with approval of this *pro hac vice* application, I acknowledge that I will become a registered user of the Court's Case Management/Electronic Case File system. (*See* the Court's website at ord.uscourts.gov), and I consent to electronic service pursuant to Fed. R. Civ. P 5(b)(2)(E) and the Local Rules of the District of Oregon.

DATED this 28 day of February, 2018

*(Signature of Pro Hac Counsel)*

Bryan T. Pratt
*(Typed Name)*

**REQUIREMENT TO ASSOCIATE WITH LOCAL COUNSEL:**

LR 83-3(a)(1) requires you to associate with local counsel unless are requesting waiver of the requirement under LR 45-1. To associate with local counsel, obtain the signature of local counsel in the following section. To request waiver of the requirement to associate with local counsel under LR 45-1, check the following box.

☐ I seek admission for the limited purpose of filing a motion related to a subpoena that this Court did not issue. Pursuant to LR 45-1(b), I request waiver of the requirement of LR 83-3(a)(1) to associate with local counsel and therefore do not include a certification from local counsel below.

**CERTIFICATION OF ASSOCIATED LOCAL COUNSEL:**

I certify that I am a member in good standing of the bar of this Court, that I have read and understand the requirements of LR 83-3, and that I will serve as designated local counsel in this particular case.

DATED this __28__ day of __February__, __2018__

_____Lauren Blaesing_____
(Signature of Local Counsel)

Name: __Blaesing__  __Lauren__  __F.__  _____
     (Last Name)    (First Name)    (MI)    (Suffix)

Oregon State Bar Number: __113305__
Firm or Business Affiliation: __Markowitz Herbold PC__
Mailing Address: __1211 SW Fifth Avenue, Suite 3000__
City: __Portland__  State: __OR__  Zip: __97204__
Phone Number: __(503) 295-3085__  Business E-mail Address: __LaurenBlaesing@MarkowitzHerbold.com__

---

### COURT ACTION

☐ Application approved subject to payment of fees.
☐ Application denied.

DATED this _____ day of _____, _____

_____
Judge

---