**Jonathan M. Hoffman**, OSB #754180
jhoffman@mblglaw.com
**Michael A. Yoshida**, OSB #065631
myoshida@mblglaw.com
MB LAW GROUP, LLP
117 SW Taylor Street, Suite 200
Portland, OR 97204
Telephone: (503) 914-2015

Attorneys for Defendant Philips North America, LLC.

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| LAURA SNYDER,<br><br>            Plaintiffs,<br><br>    v.<br><br>KAISER FOUNDATION HOSPITALS, a California corporation, MEDTRONIC USA, INC., an active Minnesota corporation, PHILIPS NORTH AMERICA, LLC, an active foreign limited liability company, COVIDIEN HOLDING, INC., formerly known as COVIDIEN, INC., an active foreign limited liability company, COVIDIEN SALES, LLC, an active foreign limited liability company, and COFFEY MEDICAL, INC., an active Indiana corporation.<br><br>            Defendant. | Case No. 3:18-cv-00332-YY<br><br>**DEFENDANT PHILIPS NORTH AMERICA, LLC'S CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, Defendant Philips North America, LLC, provides the following corporate disclosures:

1.      Philips North America, LLC, is a wholly-owned subsidiary of Philips Holdings USA, Inc., which is a privately held corporation.

Page 1 –  DEFENDANT PHILIPS NORTH AMERICA, LLC'S
         CORPORATE DISCLOSURE STATEMENT

MB LAW GROUP, LLP
Attorneys at Law
117 SW Taylor, Suite 200
Portland, OR 97204
Telephone (503) 914-2015
Fax (503) 914-1725

2.    There is no publicly held corporation that owns 10% or more of Philips North

America, LLC's stock.

DATED:  March 1, 2018.

MB LAW GROUP, LLP


 s/ Michael A. Yoshida

Jonathan M. Hoffman, OSB #754180
jhoffman@mblglaw.com
Michael A. Yoshida, OSB #065631
myoshida@mblglaw.com
117 SW Taylor Street, Suite 200
Portland, OR  97204
Phone:  503-914-2015

Attorneys for Defendant Philips North America, LLC

MB LAW GROUP, LLP
Attorneys at Law
117 SW Taylor, Suite 200
Portland, OR  97204
Telephone (503) 914-2015
Fax (503) 914-1725