**Jonathan M. Hoffman**, OSB #754180
jhoffman@mblglaw.com
**Michael A. Yoshida**, OSB #065631
myoshida@mblglaw.com
MB LAW GROUP, LLP
117 SW Taylor Street, Suite 200
Portland, OR 97204
Telephone: (503) 914-2015

    Attorneys for Defendant Coffey Medical, Inc.

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

# PORTLAND DIVISION

| | |
|---|---|
| LAURA SNYDER,<br><br>    Plaintiffs,<br><br>v.<br><br>KAISER FOUNDATION HOSPITALS, a California corporation, MEDTRONIC USA, INC., an active Minnesota corporation, PHILIPS NORTH AMERICA, LLC, an active foreign limited liability company, COVIDIEN HOLDING, INC., formerly known as COVIDIEN, INC., an active foreign limited liability company, COVIDIEN SALES, LLC, an active foreign limited liability company, and COFFEY MEDICAL, INC., an active Indiana corporation.<br><br>    Defendant. | Case No. 3:18-cv-00332-YY<br><br>**DEFENDANT COFFEY MEDICAL, INC.'S CORPORATE DISCLOSURE STATEMENT** |

    Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, Defendant Coffey

Medical, Inc., provides the following corporate disclosures:

/ / /

Page 1 – DEFENDANT COFFEY MEDICAL, INC.'S CORPORATE DISCLOSURE STATEMENT

MB LAW GROUP, LLP
Attorneys at Law
117 SW Taylor, Suite 200
Portland, OR 97204
Telephone (503) 914-2015
Fax (503) 914-1725

1. Coffey Medical, Inc. has no parent corporation and there is no publicly held corporation that owns 10% or more of defendant's stock.

DATED: March 1, 2018.

        MB LAW GROUP, LLP

        s/ Michael A. Yoshida
        Jonathan M. Hoffman, OSB #754180
        jhoffman@mblglaw.com
        Michael A. Yoshida, OSB #065631
        myoshida@mblglaw.com
        117 SW Taylor Street, Suite 200
        Portland, OR  97204
        Phone:  503-914-2015

        Attorneys for Defendant Coffey Medical, Inc.

Page 2 –  DEFENDANT COFFEY MEDICAL, INC.'S
CORPORATE DISCLOSURE STATEMENT

MB LAW GROUP, LLP
Attorneys at Law
117 SW Taylor, Suite 200
Portland, OR  97204
Telephone (503) 914-2015
Fax (503) 914-1725