**Renée E. Rothauge,** OSB #903712
ReneeRothauge@markowitzherbold.com
**Lauren F. Blaesing,** OSB #113305
LaurenBlaesing@MarkowitzHerbold.com
MARKOWITZ HERBOLD PC
Suite 3000, Pacwest Center
1211 SW Fifth Avenue
Portland, OR  97204-3730
Telephone: (503) 295-3085
Fax:  (503) 323-9105

**Bryan Pratt** (*admitted pro hac vice*)
bpratt@shb.com
**Laura Lawson** (*admitted pro hac vice*)
llawson@shb.com
SHOOK, HARDY & BACON L.L.P.
2555 Grand Boulevard
Kansas City, MO 64108
Telephone: (816) 474-6550
Fax:  (816) 421-5547

*Attorneys for Defendants Medtronic USA, Inc., Covidien Holding, Inc., and Covidien Sales, LLC*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| LAURA SNYDER,<br><br>                                              Plaintiff,<br>vs.<br><br>KAISER FOUNDATION HOSPITALS, a California corporation, MEDTRONIC USA, INC., an active Minnesota corporation, PHILIPS NORTH AMERICA, LLC, an active foreign limited liability company, COVIDIEN HOLDING, INC. formerly known as COVIDIEN, INC., an active foreign limited liability company, COVIDIEN SALES, LLC, an active foreign limited liability company, and COFFEY MEDICAL, INC., an active Indiana corporation,<br><br>                                              Defendants. | Case No.: 3:18-cv-00332-YY<br><br>**DEFENDANTS MEDTRONIC USA, INC., COVIDIEN HOLDING, INC., AND COVIDIEN SALES, LLC'S CORPORATE DISCLOSURE STATEMENT** |

**Page 1 -    DEFENDANTS MEDTRONIC USA, INC., COVIDIEN HOLDING, INC., AND
                    COVIDIEN SALES, LLC'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendants Medtronic, Inc., incorrectly denominated as Medtronic USA, Inc., Covidien Holding, Inc., and Covidien Sales, LLC (collectively, "Medtronic"), state that Medtronic PLC, a publicly traded entity, is the ultimate parent of Medtronic, Inc. and Covidien Holding, Inc. Medtronic PLC indirectly holds 100 percent of Medtronic, Inc.'s and Covidien Holding, Inc.'s stock. No other publicly held company owns 10 percent or more of Medtronic, Inc.'s stock or Covidien Holding, Inc.'s stock.

Pursuant to Local Rule 7.1-1, Medtronic states Covidien Sales, LLC has a single member: Covidien LP. Covidien LP is a citizen of Delaware and Massachusetts. Covidien LP has one general partner: Covidien Holding, Inc. Covidien Holding, Inc. is also a citizen of Delaware and Massachusetts. Covidien LP also has the following limited partners:

1. Sherwood Medical Company I, a citizen of Delaware and Massachusetts;

2. United States Surgical Corporation, a citizen of Delaware and Connecticut;

3. Valleylab Holdings Corporation, a citizen of Delaware and Colorado;

4. VNUS Medical Technologies II, Inc., a citizen of Delaware and Massachusetts;

5. Nellcor Puritan Bennett LLC, a citizen of Delaware and Colorado (Nellcor Puritan Bennett LLC's only member is United States Surgical Corporation, which as set forth above, is a citizen of Delaware and Connecticut);

6. Life Design Systems, Inc., a citizen of Wisconsin and Massachusetts;

7. MSCH LLC, a citizen of Delaware and Massachusetts (MSCH LLC's only member is Mallinckrodt US LLC, a citizen of Delaware and Massachusetts; Mallinckrodt US LLC's only member is United States Surgical Corporation, which as set forth above, is a citizen of Delaware and Connecticut);

8. Covidien US Holdings, Inc., a citizen of Delaware and Massachusetts;

9. Newport Medical Instruments, Inc., a citizen of California and Massachusetts;

10. Batts, Inc., a citizen of Delaware and Massachusetts; and

11. Lazarus Effect, Inc., a citizen of Delaware and California.

DATED this 1st day of March, 2018.

MARKOWITZ HERBOLD PC

By: *s/ Lauren F. Blaesing*
Renée E. Rothauge, OSB #903712
ReneeRothauge@Markowitzherbold.com
Lauren F. Blaesing, OSB #113305
LaurenBlaesing@MarkowitzHerbold.com
-and-
SHOOK, HARDY & BACON L.L.P.
Laura B. Lawson, *admitted pro hac vice*
llawson@shb.com
Bryan T. Pratt, *admitted pro hac vice*
bpratt@shb.com

Of Attorneys for Defendants Medtronic USA, Inc., Covidien Holding, Inc., and Covidien Sales, LLC

704329