Connie Elkins McKelvey, OSB #831906
cmckelvey@lindsayhart.com
LINDSAY HART, LLP
1300 SW Fifth Avenue, Suite 3400
Portland, OR 97201
Telephone: (503) 226-7677
Facsimile: (503) 226-7697
    Attorney for Kaiser Foundation Hospitals

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| LAURA SNYDER,<br><br>    Plaintiff,<br><br>        v.<br><br>KAISER FOUNDATION HOSPITALS, a California corporation, MEDTRONIC USA, INC., an active Minnesota corporation, PHILIPS NORTH AMERICA, LLC, an active foreign limited liability company, COVIDIEN HOLDING, INC., formerly known as COVIDIEN, INC., an active foreign limited liability company, COVIDIEN SALES, LLC, an active foreign limited liability company, and COFFEY MEDICAL, INC., an active Indiana corporation.<br><br>    Defendants. | Case No. 3:18-cv-00332-YY<br><br>**DEFENDANT KAISER FOUNDATION HOSPITALS' CORPORATE DISCLOSURE STATEMENT** |

///

///

///

Pursuant to Federal Rule of Civil Procedure 7.1(a) and District of Oregon Local Rule 7.1-1, Defendant Kaiser Foundation Hospitals states that it does not have a parent corporation and no publicly held companies owning ten percent or more of its stock.

Dated: March 1, 2018

        LINDSAY HART, LLP

By: */s/ Connie Elkins McKelvey*
Connie Elkins McKelvey, OSB #831906
cmckelvey@lindsayhart.com
LINDSAY HART, LLP
1300 SW Fifth Avenue, Suite 3400
Portland, OR 97201
Telephone: (503) 226-7677
Facsimile: (503) 226-7697

Attorney for Kaiser Foundation Hospitals

Page 2   KAISER FAMILY HOSPITALS'
CORPORATE DISCLOSURE STATEMENT

LINDSAY HART, LLP
1300 SW FIFTH AVENUE, SUITE 3400
PORTLAND, OREGON 97201-5640
PHONE: 503-226-7677  FAX: 503-226-7697